IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MABOR MADOL and KAW NGONG, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAN NELSON AUTOMOTIVE GROUP, d/b/a J.D. BYRIDER SALES, SOUTH DAKOTA AUTO GROUP, INC., d/b/a J.D. BYRIDER, SOUTH DAKOTA ACCEPTANCE CORPORATION, d/b/a J.D. BYRIDER SALES & CNAC, DAN NELSON FINANCE SUPER CENTER, CARNOW ACCEPTANCE COMPANY (CNAC), d/b/a SOUTH DAKOTA ACCEPTANCE CORP. and DANIEL A. NELSON,<br><br>        Defendants. | Civil No. 4:03-CV-90259 |

**PLAINTIFFS' STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel of record undersigned, and for their Status Report hereby advise this Court that, to the best of the Plaintiffs' knowledge, there have been no substantive changes to the situation described in the Plaintiffs' previously-filed Status Report.

To the best of Plaintiffs' knowledge, based upon information received from attorneys in South Dakota, the bankruptcies of the business Defendants are ongoing.

1

Respectfully submitted,

_____
CeCelia Ibson Wagner                    PK0009645
SMITH, SCHNEIDER, STILES & SERANGELI, P.C.
604 Locust Street, 10th Floor
Des Moines, Iowa 50309-3715
Telephone:    515/245-6789
Facsimile:    515/244-1328
E-mail:       ciwagner@smithlawiowa.com

ATTORNEYS FOR PLAINTIFFS
AND CLASS REPRESENTATIVES

X:\Active Client Files\20514\001 Ngong-Byrider\pleadings\pl's status report 1 12 06.wpd