UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MABOR MADOL and KAW NGONG, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAN NELSON AUTOMOTIVE GROUP d/b/a J.D. BYRIDER SALES, et al.,<br><br>    Defendants. | CIVIL NO. 4-03-CV-90259 RP-TJS<br><br>**ORDER** |

The Court is in receipt of the status reports filed by plaintiffs (Clerk's No. 69); Defendants Dan Nelson Automotive Group, Inc. and South Dakota Acceptance Corp. (Clerk's No. 70); and Defendant Daniel A. Nelson (Clerk's No. 67).

Based on the Court's review of those status reports, it appears that the voluntary bankruptcy of Dan Nelson Automotive Group, Inc. (DNAG) has been dismissed, and the bankruptcy filed by South Dakota Acceptance Corp. (SDAC) remains pending. Thus, the bankruptcy stay as to SDAC continues; the stay pertaining to DNAG would be dissolved.

No stay is apparently in effect as to Defendant Daniel Nelson.

Thus, it would appear consistent with the Court's previous orders, that if plaintiffs wish to proceed against those defendants not in bankruptcy, then they should move for an order lifting any non-bankruptcy stay previously entered.

IT IS SO ORDERED.

Dated this 23rd day of January, 2006.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE