# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| MABOR MADOL and KAW NGONG, on behalf of themselves and all other similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>DAN NELSON AUTOMOTIVE GROUP  )<br>d/b/a J.D. BYRIDER SALES, et al.,  )<br>)<br>Defendants.  ) | CIVIL NO.  4-03-CV-90259-RP-TJS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs shall show cause on or before March 8, 2007 as to why this case should not be dismissed with prejudice. The last filing in this case is an order by this Court directing plaintiffs to file a motion for an order lifting any non-bankruptcy stay previously entered as to defendants not in bankruptcy.

Plaintiffs have filed no such motion, and the Court believes this case should be dismissed with prejudice.

IT IS SO ORDERED.

Dated this 26th day of February, 2007.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE